# United States District Court
## Western District of North Carolina
### Division

| | | |
|---|---|---|
| Michael Hollars **,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff | ) | 1:15-cv-00040 |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin **,** | ) | |
| Acting Commissioner of ) | ) | |
| Social Security Administration**,** | ) | |
| | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 10, 2015 Order.

December 10, 2015

*Frank G. John*

Frank G. Johns, Clerk
United States District Court