# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| MICHAEL HOLLARS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL NO. 1:15-00040-RJC-DSC |
| CAROLYN W. COLVIN, | ) |
| ACTING COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| DEFENDANT. | ) |

## ORDER

**THERE BEING** no dispute between the parties, it is **ORDERED** that Plaintiff's Motion for Attorney Fees (Doc. No. 20) is **GRANTED**. Defendant is ordered to pay to Plaintiff the sum of $2,335.63 (Two Thousand Three Hundred Thirty-five and 63/100 Dollars), in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**SO ORDERED**.

Signed: February 1, 2016

David S. Cayer
United States Magistrate Judge